IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50418
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RONALD WOODS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-94-CR-130-1
- - - - - - - - - -
April 17, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Ronald Woods was convicted for possession with intent to distribute more than five grams of cocaine. His claims of ineffective assistance of counsel will not be resolved on direct appeal without prejudice to Woods's right to reassert them in a proceeding under 28 U.S.C. § 2255. United States v. Andrews, 22 F.3d 1328, 1345 (5th Cir.), cert. denied, 115 S. Ct. 346 (1994). This court has rejected his argument that the disparity in sentences received for trafficking in cocaine and trafficking in crack is unconstitutional. See United States v. Fisher, 22 F.3d 574, 579-80 (5th Cir.), cert. denied, 115 S. Ct. 529 (1994).

        AFFIRMED.

_____

        Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.